UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC AMPONSAH, AMA AMPONSAH; PATRICK B. TANNOUS; A2Z, DEVELOPMENT, INC.; TCS, LLC; GENTILI & ROSSINI ASSOCIATES, PUBLIC INSURANCE ADJUSTERS, <br><br> Defendants. | CIVIL ACTION: 1:16-cv-00210-S-PAS |

## STIPULATION

In the above entitled cause it is agreed that the following entry be made:

The Defendants, Isaac Amponsah and Ama Amponsah, may have an additional forty-five (45) days within which to answer the Plaintiff's Complaint.

Attorney for the Plaintiff:

_[signature]_

Scarlett M. Rajbanshi, Esq.
PEABODY & ARNOLD, LLP
Federal Reserve Building
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100
srajbanshi@peabodyarnold.com

Attorney for Defendants,
Isaac Amponsah and Ama Amponsah:

_[signature]_

Cristine L. McBurney, Esq. (#2852)
100 Cottage Street
Pawtucket, RI 02860
(401) 722-0800
(401) 726-5095 – fax
cris@mcburneylawri.com

DATED: June ____, 2016

# CERTIFICATION

I hereby certify that on the 23rd day of June 2016:

{x}  I filed and served this document through the electronic filing system on the following counsel of record:

Scarlett Rajbanshi, Esq. srajbanshi@peabodyarnold.com

/s/ Ellen Ullucci