UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

MOUNT VERNON FIRE
INSURANCE COMPANY

      VS                                    CA NO.: 1:16-cv-00210-S-PAS

ISAAC AMPONSAH,
AMA AMPONSAH, PATRICK B.
TANNOUS, A2Z, DEVELOPMENT,
INC., TCS, LLC, GENTILI &
ROSSINI ASSOCIATES, and
PUBLIC INSURANCE ADJUSTERS

MOTION FOR EXTENSION OF TIME

Defendants, Isaac Amponsah and Ama Amponsah, by their attorney move that this Court extend the time to answer the Complaint to September 1, 2016. Their attorney has recently entered this case and needs additional time to prepare a response to this complaint.

                                    ISAAC AMPONSAH,
                                    AMA AMPONSAH,

                                    By their attorney,

August 7, 2016                        /s John B. Ennis
                                    JOHN B. ENNIS, ESQ., # 2135
                                    1200 Reservoir Avenue
                                    Cranston, Rhode Island 02920
                                    (401) 943-9230

jbelaw@aol.com

## CERTIFICATION

I hereby certify that I filed and served this document through the

electronic filing system on the 7th day of  August,  2016 to the following

counsels of record.


Scarlett Rajbanshi, Esq. srajbanshi@peabodyardnold.com
Christine L. McBurney, Esq. cris@mcburneylawri.com


/s/ John B. Ennis