UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

MOUNT VERNON FIRE
INSURANCE COMPANY

  VS          CA NO.: 1:16-cv-00210-S-PAS

ISAAC AMPONSAH,
AMA AMPONSAH, PATRICK B.
TANNOUS, A2Z, DEVELOPMENT,
INC., TCS, LLC, GENTILI &
ROSSINI ASSOCIATES, and
PUBLIC INSURANCE ADJUSTERS

## MOTION FOR EXTENSION OF TIME

  Defendants, Isaac Amponsah and Ama Amponsah, by their attorney move that this Court extend the time to answer the Complaint to October 1, 2016. Their attorney has recently entered this case and needs additional time to prepare a response to this complaint.

          ISAAC AMPONSAH,
          AMA AMPONSAH,

          By their attorney,

September 2, 2016      /s John B. Ennis
          JOHN B. ENNIS, ESQ., # 2135
          1200 Reservoir Avenue
          Cranston, Rhode Island 02920
          (401) 943-9230
          jbelaw@aol.com

## CERTIFICATION

I hereby certify that I filed and served this document through the electronic filing system on the 2d day of September, 2016 to the following counsel of record.

Scarlett Rajbanshi, Esq. srajbanshi@peabodyardnold.com

/s/ John B. Ennis