# EXHIBIT 11

## Amanda T. DiMatteo

| | |
|---|---|
| **From:** | "Scarlett M. Rajbanshi" |
| **Sent:** | Wednesday, August 09, 2017 9:58 AM |
| **To:** | jbelaw@aol.com |
| **Cc:** | James J. Duane, III |
| **Subject:** | Amponsah release- with revisions 8-9-17.DOCX |
| **Attachments:** | Amponsah release- with revisions 8-9-17.DOCX |

John,

I tweaked your revision a bit. Our position is that BOA could never assert a contribution claim, so the settlement will act as an offset to any judgment plaintiffs obtained against BOA for tort claims. Please let me know if you have any questions.

Thanks,
Scarlett



**Scarlett M. Rajbanshi**
Associate
srajbanshi@peabodyarnold.com

Peabody & Arnold LLP
600 Atlantic Avenue, Boston, MA 02210
Tel: 617.951.2011 | Fax: 617.235.3516
peabodyarnold.com

1